UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORIS MOODY, on behalf of herself
and others similarly situated,

        Plaintiff,

v.                                            CASE NO: 8:08-cv-8-T-26MSS

FAMILY DOLLAR STORES, INC.,

        Defendant.
_____/

## **O R D E R**

The Court has received notification from the United States Panel on Multidistrict Litigation (the Panel) that this case is subject to a motion to transfer pursuant to 28 U.S.C. § 1407. Although the Court is aware that its jurisdiction continues until such time as the Panel has decided the transfer issue, the Court is of the opinion that the interest of judicial economy would best be served by staying all further proceedings in this case, including ruling on the merits of Defendant's pending motion to transfer venue, until such time as the Panel has decided the issue of transfer.

Accordingly, it is ordered and adjudged as follows:

1) All proceedings in this case are stayed until further order of the Court.

2) The Clerk is directed to administratively close this case and to terminate from pending status Defendant's Motion to Transfer Venue (Dkt. 4) during the pendency of the

stay, subject to the right of any party to file a motion to reopen in the event the Panel decides not to transfer this case pursuant to § 1407.

**DONE AND ORDERED** at Tampa, Florida, on January 22, 2008.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record